[No. 45622-9-I.  Division One.  February 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HERBERT WAYNE RICHARDSON, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 99-1-06303-8, Ronald Kessler, J., entered October 29 and November 5, 1999. *Reversed* by unpublished opinion per Agid, J., concurred in by Kennedy and Appelwick, JJ. Now published at 105 Wn. App. 19.

[No. 46314-4-I.  Division One.  February 5, 2001.]

*In the Matter of the Request of* ALFREDO AZULA, ET AL., *Respondents*, DOUG UNDERWOOD, *Appellant*, PHOENIX NEWSPAPERS, INC., ET AL., *Intervenors*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-17347-3, Sharon S. Armstrong, J., entered April 6, 2000. *Reversed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Webster, J.

[No. 44007-1-I.  Division One.  February 5, 2001.]

HERTZ EQUIPMENT RENTAL CORP., *Respondent*, v. C. GARRETT ENTERPRISES, INC., *Defendant*, WAHCO CONSTRUCTION, INC., *Appellant*.
STEPHEN W. WONG, *Respondent*, v. WAHCO CONSTRUCTION, INC., *Appellant*.
WAHCO CONSTRUCTION, INC., *Appellant*, v. EQUIPMENT RENTAL COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, Brian D. Gain, J., entered January 6, 1999. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Grosse, J., concurred in by Baker and Ellington, JJ.